

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

April 10, 1962

Honorable Earl C. Fitts     Opinion No. WW-1304
County Attorney
Montague County             Re:  Whether witness fees
Montague, Texas                  may be paid to wit-
                                 nesses who reside in
                                 the county where a
                                 felony is tried.

Dear Mr. Fitts:

Your request for an opinion on the above question
is as follows:

"Is there any provision in the law
for payment of fees to witnesses in
felony cases that live in the county?"

"The right of witnesses to receive compensation
for their attendance is statutory and they are entitled
to such fees only as the statutes provide."  44 Tex.Jur.
981.

In Attorney General's Opinion O-1567 there is the
following language:  "The State does not pay the fees of
witnesses within the county in felony cases."  Also from
Attorney General's Opinion No. O-6456 we quote:  "There
is no provision for payment of fees in felony cases to
witnesses who reside in the county of trial.

It is therefore our opinion that there is no pro-
vision in the law for payment of fees in felony cases
to witnesses who live in the county.

### S U M M A R Y

There is no statutory authority for

payment of fees in felony cases to
witnesses who reside in the county of
trial.

Yours very truly,

WILL WILSON
Attorney General of Texas

By Irwin R. Salmanson
Irwin R. Salmanson
Assistant Attorney General

IRS:sh

APPROVED:

OPINION COMMITTEE:
W. V. Geppert, Chairman
William Hemphill
Jack Price
Bill Allen

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.